11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

William Edward Beard, Jr.

Appellant

Vs.                   No. 11-97-00401-CR B Appeal from Dallas County

State of Texas

Appellee

 

On June 11, 2003, the Court of Criminal
Appeals issued an opinion stating that it had been furnished with a death
certificate showing that William Edward Beard, Jr. had died on August 5,
1999.  Beard v. State,      S.W.3d __ (No. 0282-00, Tex.Cr.App., June 11, 2003)(not yet
reported).  The court then permanently
abated the appeal and directed this court to withdraw our opinion in the
case.  Pursuant to Beard, our
opinion and judgment dated November 4, 1999, are hereby withdrawn.

 

PER CURIAM

 

June 18, 2003

Publish. 
See TEX.R.APP.P. 47.2(b).  

Panel consists of: Arnot, C.J., and

Wright, J., and Dickenson, S.J.[1]











[1]Bob Dickenson, Retired Justice, Court of Appeals, 11th
District of Texas at Eastland sitting by assignment.